1 | S. FRANK HARRELL – SBN#133437
sharrell@lynberg.com
2 | PANCY LIN MISA – SBN#239684
pmisa@lynberg.com
3 | **LYNBERG & WATKINS**
A Professional Corporation
4 | 1100 Town & Country Road, Suite 1450
Orange, California 92868
5 | (714) 937-1010  Telephone
(714) 937-1003  Facsimile
6 |
7 | Attorneys for Defendants CITY OF FONTANA, FONTANA POLICE DEPARTMENT OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SMITH, individually and as Successor in Interest to decedent MARK SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FONTANA, FONTANA POLICE DEPARTMENT OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON, DOES 1-10,<br><br>Defendants. | CASE NO. EDCV 11-0196 SVW (VBKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Stephen V. Wilson – Ctrm 6 LA Spring Street*<br><br>**FONTANA DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 12(f); AND FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)**<br><br>Date:      May 16, 2011<br>Time:     1:30 p.m.<br>Place:     Courtroom 6 |

25 | / / /
26 | / / /
27 | / / /
28 |

**1**
**FONTANA DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT AND FOR A MORE DEFINITE STATEMENT**

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD, AND TO THE HONORABLE COURT:**

Defendants CITY OF FONTANA, FONTANA POLICE DEPARTMENT OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, and MARK JACOBSON (the "Fontana Defendants") hereby submit the following Notice of Plaintiff's failure to oppose Defendant's Notice of Motion and Motion to Dismiss and/or Strike Portions of Plaintiff's Complaint Pursuant to FRCP 12(b)(6) and 12(f); and for a More Definite Statement Pursuant to FRCP 12(e).

The Fontana Defendants' instant Motion was timely and properly served and filed on April 13, 2011, for a May 16, 2011, hearing date. Plaintiff's Opposition, if any, was due no later than April 25, 2011. See, Local Rule 7-9. As of today's date, Plaintiff failed to file or serve any opposition to the Fontana Defendants' Motion. As such, Plaintiff concedes the merits of the Motion. See, Local Rule 7-12 ("The failure to file any paper…may be deemed consent to the granting…of the motion.").

For these reasons, and for all the reasons set forth in the Fontana Defendants' moving papers, the Fontana Defendants' Motion to Dismiss and/or Strike Portions of Plaintiff's Complaint Pursuant to FRCP 12(b)(6) and 12(f); and for a More Definite Statement Pursuant to FRCP 12(e) should be granted as prayed. See, Id.

DATED:  April 27, 2011

Respectfully submitted,
**LYNBERG & WATKINS**
A Professional Corporation

By: _____/S/_____
**S. FRANK HARRELL**
**PANCY LIN MISA**
Attorneys for the Fontana Defendants

2
**FONTANA DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT AND FOR A MORE DEFINITE STATEMENT**

Case Name: ***Larry Smith v. City of Fontana, et. al***
Case No.:   EDCV 11-00196 SVW(VBKx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Town & Country Rd., Suite 1450, Orange, California 92868.

On **April 27, 2011**, I served the foregoing document(s) described as **FONTANA DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 12(f); AND FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

LARRY SMITH
Plaintiff In Pro Per
466 N. Orange Street, No. 345
Redlands, CA 92374
(951) 769-4423

Plaintiffs in Propria Persona

☒  **BY MAIL**: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, I deposited such envelope in the mail at Orange, California..

☐  **BY FACSIMILE:** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via facsimile at the respective telephone numbers indicated above..

☒  **BY FEDERAL EXPRESS/OVERNIGHT MAIL**: I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

☐  **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

☒  **(Federal)**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 27, 2011**, at Orange, California

*/s/ Pia Boreto-Mosh*

**PIA BORETO-MOSH**

PROOF OF SERVICE