UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-0196 SVW (VBKx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | Larry A. Smith v. City of Fontana et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER Vacating Hearing on Defendants' Motion to Dismiss and/or Strike; Granting Plaintiff 30 Days Leave to Amend Complaint [4]

The Court is in receipt of *pro se* Plaintiff's Non-opposition to Defendants' Motion. Plaintiff represents that he has reached a tentative agreement with an attorney to appear as counsel of record on his behalf and that he intends to file a First Amended Complaint shortly. Plaintiff is granted 30 days from the date of this Order to file his First Amended Complaint.

Defendants' Motion to Dismiss and/or Strike is DENIED as MOOT. The hearing scheduled for Monday, May 16, 2011 is VACATED.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |