Jorge Gonzalez, C.B.N. 100799
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, California 91108
Tel: 626-683-3922, Fax: 626-683-3944
Email: jggorgeous@aol.com

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SMITH,<br><br>Plaintiff(s)<br>v.<br><br>CITY OF FONTANA, et al.,<br><br>Defendant(s). | CASE NUMBER:<br>EDCV 11-0196 SWW (VBKx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

**LARRY A. SMITH**   ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute **JORGE GONZALEZ (CBN 100799), A PROFESSIONAL CORPORATION** who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

**2485 Huntington Drive, Suite 238**
*Street Address*

**San Marino, CA 91108**           **jggorgeous@aol.com**
*City, State, Zip*                  *E-Mail Address*

**626-683-3922**       **626-683-3944**       **CBN 100799**
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record in place and stead of **Larry A. Smith, In Propia Persona**
*Present Attorney*

is hereby  ☑ GRANTED   ☐ DENIED

Dated **5/23/11**                    _____
                                    U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY