S. FRANK HARRELL – SBN#133437
sharrell@lynberg.com
MATTHEW HARRISON – SBN# 222073
mharrison@lynberg.com
PANCY LIN MISA – SBN#239684
pmisa@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010  Telephone
(714) 937-1003  Facsimile

Attorneys for Defendants CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SMITH, individually and as Successor in Interest to decedent MARK SMITH,<br><br>           Plaintiffs,<br><br>   vs.<br><br>CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON, DOES 1-10,<br><br>           Defendants. | CASE NO. EDCV 11-0196 SVW (VBKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Stephen V. Wilson – Ctrm 6 LA Spring Street*<br><br>**ORDER FOR PROTECTIVE ORDER**<br><br>DISCOVERY MATTER<br>Assigned to Magistrate Judge Victor B. Kenton |

/ / /

/ / /

/ / /

---

1
**ORDER FOR PROTECTIVE ORDER**

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court now adopts the parties' Stipulation for Protective Order and enters the same as an **ORDER** of the Court. PARAGRAPH 10 IS STRICKEN. **IT IS SO ORDERED**.

DATED: November 2. 2011

By: _____/s/_____
HON. VICTOR B. KENTON
United States Magistrate Judge