S. FRANK HARRELL – SBN#133437
sharrell@lynberg.com
MATTHEW HARRISON – SBN# 222073
mharrison@lynberg.com
PANCY LIN MISA – SBN#239684
pmisa@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010  Telephone
(714) 937-1003  Facsimile

Attorneys for Defendants CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SMITH, individually and as Successor in Interest to decedent MARK SMITH,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON, DOES 1-10,<br><br>           Defendants. | CASE NO. EDCV 11-0196 SVW (VBKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Stephen V. Wilson – Ctrm 6 LA Spring Street*<br><br>**JOINT REPORT REGARDING THE OUTCOME OF THE PARTIES' MEDIATION/SETTLEMENT CONFERENCE**<br><br>*Trial Date:*     March 20, 2012<br><br>*Complaint filed: January 31, 2011* |

/ / /

/ / /

/ / /

1

**JOINT REPORT REGARDING THE OUTCOME OF THE PARTIES' MEDIATION/SETTLEMENT CONFERENCE**

TO THIS HONORABLE COURT:

  Defendants CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON (herein the "Fontana Defendants"), by and through their attorneys of record, Lynberg & Watkins, A Professional Corporation, and Plaintiff, LARRY A. SMITH, by and through his attorney of record, Jorge Gonzalez, hereby submit the following Joint Report regarding the Outcome of the Parties' Mediation/Settlement Conference pursuant to Local Rule 16-15.7.

  On January 26, 2012, the parties appeared before the Honorable Sam Cianchetti (Ret.) for a private mediation. As a result, the parties have reached a settlement in the above-captioned matter regarding all issues, subject to approval by the City Council of the City of Fontana. The parties' settlement shall be memorialized by written agreement, signed by (or on behalf of) all parties. The settlement agreement shall contain the full text and terms of the parties' settlement.

/ / /

/ / /

/ / /

The parties propose that all litigation proceedings be stayed and currently scheduled dates be taken off calendar pending notice that the proposed settlement has been approved by the Fontana City Council.  The parties further propose that the case may be reopened if settlement is not consummated, without prejudice to any party in this action.

DATED:  February 1, 2012

Respectfully submitted,
**LYNBERG & WATKINS**
A Professional Corporation

By: */S/ Pancy Lin Misa*
**S. FRANK HARRELL**
**MATTHEW HARRISON**
**PANCY LIN MISA**
Attorneys for Defendants, CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON

DATED:  February 1, 2012

Respectfully submitted,
**JORGE GONZALEZ**
A Professional Corporation

By: */S/*
**JORGE GONZALEZ**
Attorney for Plaintiff, LARRY A. SMITH

3
**JOINT REPORT REGARDING THE OUTCOME OF THE PARTIES' MEDIATION/SETTLEMENT CONFERENCE**