S. FRANK HARRELL – SBN#133437
sharrell@lynberg.com
MATTHEW HARRISON – SBN# 222073
mharrison@lynberg.com
PANCY LIN MISA – SBN#239684
pmisa@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010  Telephone
(714) 937-1003  Facsimile

Attorneys for Defendants CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SMITH, individually and as Successor in Interest to decedent MARK SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FONTANA, FONTANA POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON, DOES 1-10,<br><br>Defendants. | CASE NO. EDCV 11-0196 SVW (VBKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Stephen V. Wilson – Ctrm 6 LA Spring Street*<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)** |

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' stipulation, and good cause appearing therefor, the |
| 3 | Court now rules as follows: |
| 4 | The above-captioned action is dismissed in its entirety, with prejudice, by |
| 5 | Plaintiff as against Defendants CITY OF FONTANA, FONTANA POLICE |
| 6 | DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO, |
| 7 | JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK |
| 8 | WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA, |
| 9 | KEITH ZAGORIN, MARK JACOBSON. |
| 10 | **IT IS SO ORDERED.** |
| 11 | DATED: |

By: _____
**HON. STEPHEN V. WILSON**
United States District Court Judge