1  S. FRANK HARRELL – SBN#133437
   sharrell@lynberg.com
2  MATTHEW HARRISON – SBN# 222073
   mharrison@lynberg.com
3  PANCY LIN MISA – SBN#239684
   pmisa@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 Town & Country Road, Suite 1450
   Orange, California 92868
6  (714) 937-1010  Telephone
   (714) 937-1003  Facsimile
7
   Attorneys for Defendants CITY OF FONTANA, FONTANA POLICE
8  DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO,
   JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK
9  WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA,
   KEITH ZAGORIN, MARK JACOBSON
10

11                **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  LARRY A. SMITH, individually and as Successor in Interest to decedent 14  MARK SMITH, | CASE NO. EDCV 11-0196 SVW (VBKx) |
| 15           Plaintiffs, 16 | *Assigned for All Purposes to:* *Hon. Stephen V. Wilson – Ctrm 6 LA* *Spring Street* |
| 17       vs. | |
| 18  CITY OF FONTANA, FONTANA 19  POLICE DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD 20  GUERRERO, JACINTO DELEON, DARYL AVILA, CHRISTOPHER 21  MACIAS, MARK WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, 22  KEVIN GOLTARA, KEITH ZAGORIN, MARK JACOBSON, 23  DOES 1-10, | **ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**      JS-6 |
| 24           Defendants. 25 | |

26  / / /

27  / / /

28  / / /

                                    1
         **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT
                    TO FRCP 41(a)(1)(ii)**

1                                              **ORDER**

2         Pursuant to the parties' stipulation, and good cause appearing therefor, the

3 Court now rules as follows:

4         The above-captioned action is dismissed in its entirety, with prejudice, by

5 Plaintiff as against Defendants CITY OF FONTANA, FONTANA POLICE

6 DEPARTMENT, OFFICERS ROBERT MILLER, RICHARD GUERRERO,

7 JACINTO DELEON, DARYL AVILA, CHRISTOPHER MACIAS, MARK

8 WYRICK, JORGE VELASQUEZ, MATTHEW MAJORS, KEVIN GOLTARA,

9 KEITH ZAGORIN, MARK JACOBSON.

10         **IT IS SO ORDERED.**

11 DATED:  May 3. 2012

12

13

14                      By: _____

                         **HON. STEPHEN V. WILSON**
                         United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT**
**TO FRCP 41(a)(1)(ii)**